**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| CATHERINE G. HILL, | ) | CASE NO. 05-03646 BB |
| | ) | |
| | ) | JUDGE BRUCE BLACK |
| Debtor | ) | |

**AMENDED NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: **Will County Court Annex, 57 N. Ottawa St., Room 201, Joliet, IL 60432**

   On: **JANUARY 25, 2008**

   At: **9:15 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $       71,159.18

   b. Disbursements                         $       14,521.63

   c. Net Cash Available for Distribution   $       56,637.55

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee | $ 0.00 | $ 5,208.28 | $ 474.12 |
| Popowcer Katten, Ltd., *Trustee's Accountant (Other Firm)* | $ 0.00 | $ 1,160.00 | $ 0.00 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys (Trustee Firm)* | $ 0.00 | $ 17,829.00 | $ 0.00 |
| Illinois Dept. of Revenue, *Other Taxes* | $ 213.00 | $ 0.00 | $ 0.00 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6.  Claims of general unsecured creditors totaling $5,315.18, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%, plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Dzarji Sadet | $ 0.00 | $ 0.00 |
| 2 | US Bank | $ 5,315.18 | $ 5,739.81 |
| SURPLUS | CATHERINE G. HILL | $ 26,226.34 | $ 26,226.34 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated:   **December 21, 2007**            For the Court,


By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1           User: amcc7              Page 1 of 1            Date Rcvd: Dec 21, 2007
Case: 05-03646                 Form ID: pdf002          Total Served: 15

The following entities were served by first class mail on Dec 23, 2007.
db            Catherine G Hill,    10925 S State Rt.,    Dwight, IL  60420
aty          +Connie J Lambert,    Law Office of Deborah K. Ebner,     11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          +Deborah Ebner,    Law Office of Deborah K. Ebner,     11 E Adams St Ste 800,
               Chicago, IL 60603-6324
aty          +Gary R Garretson,    Garretson Law Office,     1802 N  Division Street,    Suite 201,
               Morris, IL 60450-1183
tr           +Deborah Kanner Ebner,     11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
8908011      +Bank One - Visa,    4839 N. Elston Ave.,    Chicago, IL 60630-2534
8908012      +Cingular Wireless,    P.O. Box 806055,    Chicago, IL 60680-4121
8908013       Citicard,   P.O. Box 6418,    The Lakes, NV  88901-6418
8908014      +Dzarji Sadet,    c/o John A. Tryner, Attorney,     101 Fulton St,    Wilmington, IL 60481-1694
8908010       Firststar Visa,    c/o Retail Payment Solutions,     P.O. Box 790084,    St. Louis, MO  63179-0084
8908015      +Fleet Mastercard,    c/o Creditors Interchange,     80 Holtz Rd.,    Buffalo, NY 14225-1470
8908016       Illinois Department of Revenue,     Springfield, IL 62776-0001
8908017       Illinois Dept. of Employment Security,     Collections Section,    33 S. State St., 10th floor,
               Chicago, IL  60603-2802
8908018      +Lease Finance Group,    P.O. Box 4263,    Chicago, IL 60693-0001
10838123     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 5229,    Cincinnati, Ohio 45201)

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10838377*    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 5229,    Cincinnati, Ohio 45201)
                                                                                                TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 23, 2007**                          **Signature:** *Joseph Speetjens*