IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | \| | CHAPTER 7 CASE (Joliet) |
| | \| | |
| CATHERINE G. HILL, | \| | CASE NO. 05-03646 BWB |
| | \| | |
| | \| | HON. BRUCE W. BLACK |
| Debtor | \| | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE  BRUCE W.  BLACK,
      BANKRUPTCY JUDGE


  Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit "A" and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B."

  All checks have been cashed negotiated or otherwise turned over to the Clerk of the Court. The final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate.

  The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


June  30, 2008            /s/
DATE                DEBORAH K. EBNER, TRUSTEE

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 (Joliet) |
|    Catherine G. Hill | ) | Case No: 05-03646 |
| | ) | |
| | ) | Honorable Bruce W. Black |
|    Debtor. | ) | |
| | ) | |

### Order Denying and Awarding Compensation to Trustee's Attorneys

| | | |
|---|---|---|
| Total Fees Requested: $17,829.00 | | Total Expenses Requested: $0 |
| Fees Disallowed: $ 1,570.50 | | Expenses Disallowed: $0 |
| Total Fees Allowed: $16,258.50 | | Total Costs Allowed: $0 |

**Total Fees and Costs Allowed:   $16,258.5**

THE COURT HAS IDENTIFIED THE ATTACHED NOTED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART:

**(1)   Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. *See In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

| | | |
|---|---|---|
| 2/1/2006 | prepare copies and mailings of motion to employ | $50.00 |
| 3/21/2006 | convert all docs to pdf format for efiling | $50.00 |
| 3/21/2006 | scan listing agreement and affidavit and convert to pdf format; prepare copies and mailing of motion | $75.00 |
| 8/14/2006 | scan contract and exhibits and convert to pdf format | $50.00 |
| 9/13/2006 | prepare copies and mailings of 363 motion to employ special counsel | $175.00 |
| 9/13/2006 | convert all documents to pdf format for editing of 363 motion and motion to employ special counsel | $125.00 |
| | **TOTAL** | **$525.00** |

**(2)   No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A).

| Date | Description | Amount |
|---|---|---|
| 2/20/2006 | review corresp from Trustee re: subpoena | $25.00 |
| 3/13/2006 | corresp to Trustee re: Trustee #2628 at Mazon... | $25.00 |
| 3/13/2006 | corresp from trustee re: trustee | $25.00 |
| 3/13/2006 | corresp to trustee re: acquisition of turst info... | $25.00 |
| 3/13/2006 | review corresp from trustee re: consent | $25.00 |
| 3/15/2006 | corresp to trustee re: case assets | $50.00 |
| 3/30/2006 | follow-up call to CL to let her know what happened | $65.00 |
| 3/31/2006 | file review and thereafter t/c with CL..... | $162.50 |
| 5/5/2006 | review CL's exchange re: closing charges | $97.50 |
| 7/19/2006 | with CL | $32.50 |
| 7/20/2006 | cc with CL | $130.00 |
| 3/31/2006 | t/c from trustee re: case status | $25.00 |
| 7/20/2006 | confernce with trustee re: case status... | $25.00 |
| 8/14/2006 | corresp to trustee re: case status | $25.00 |
| 1/17/2007 | Meet with D. Ebner... | $45.00 |
| 4/30/2007 | Meet with D. Ebner... | $30.00 |
| 10/19/2007 | Phone conversation with D. Ebner re: status | $33.00 |
| 8/11/2006 | corresp to trustee re: exception... | $25.00 |
| 8/15/2006 | corresp to trustee re: issues with creditor's atty | $25.00 |
| 8/15/2006 | corresp to turstee re: issues with creditors atty | $25.00 |
| 3/21/2006 | corresp to trustee re: hearing date for motion | $25.00 |
| 7/24/2006 | corresp to trustee re: response to Strufe | $50.00 |
| 8/10/2006 | corresp to turstee re: draft of 363 motion | $25.00 |
| 8/11/2006 | corresp for trustee re: judgment | $25.00 |
| | **TOTAL** | **$1,045.50** |

Law Office of Deborah K Ebner is hereby awarded an allowance of compensation and expenses as set forth above.

Dated: January 28, 2008

Entered:

*Bruce W. Black*

Bruce W. Black
United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| CATHERINE G. HILL, | ) |
| | ) Case No. 05-03646 BWB |
| | ) |
| Debtor. | ) Hon. Bruce W. Black |

**Order Awarding Popowcer Katten, Ltd. Compensation, as Accountants for Trustee**

THIS MATTER BEING HEARD on the Popowcer Katten, Ltd.'s First and Final Request for Compensation notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd. is allowed compensation as follows:

1. Compensation     $1,160.00

    TOTAL     $1,160.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 25th day of January, 2008

ENTERED:

UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Chapter 7
CATHERINE G. HILL, )
) Case No. 05-03646 BWB
)
Debtor. ) Hon. Bruce W. Black

### Order Awarding Trustee Compensation and Expense Reimbursement

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation and Expense Reimbursement, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Deborah K. Ebner, Trustee is allowed compensation and expense reimbursement as follows:

1. Compensation    $5,208.28
2. Expenses        $  474.12

   TOTAL          $5682.40

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 25th day of January, 2008

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| CATHERINE G. HILL, | ) | CASE NO. 05-03646 BWB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor | ) | |

**DISTRIBUTION REPORT**

I, DEBORAH K. EBNER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 23,100.90 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 5,315.18 |
| Post-Petition Interest: | $ 456.62 |
| Surplus to Debtor: | $ 27,838.80 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 56,711.00 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $23,313.90 | 100.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| Deborah K. Ebner, Trustee, *Trustee Fees* | 5,208.28 | 5,208.28 |
| Deborah K. Ebner, Trustee, *Trustee Expenses* | 474.12 | 474.12 |
| Popowcer Katten, Ltd, *Trustee's Accountant Fees (Other Firm)* | 1,160.00 | 1,160.00 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys Fees (Trustee Firm)* | 16,258.50 | 16,258.50 |
| Illinois Department of Revenue, *Other Taxes* | 213.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT | FINAL DIVIDEND |
|---|---|---|

|  |  | OF CLAIMS | % |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) |  | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 |  | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds |  | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 |  | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|

| | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | | |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $5,315.18 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 2 | US Bank | 5,315.18 | 5,315.18 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(5) - Interest | | $456.62 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 2 | US Bank | 456.62 | 456.62 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $27,838.30 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| SURPLUS | CATHERINE G HILL | 27,838.30 | 27,838.30 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1 | Dzarji Sadet<br>c/o John A. Tryner, Attorney<br>101 Fulton St<br>Wilmington, IL  60481 | $12,038.29 | Withdrawn |

      WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:   January 30, 2008                              /s/Deborah K. Ebner, Trustee
                                                                                DEBORAH K. EBNER, Trustee

**Exhibit C**

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-03646 BB | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|
| Case Name: | HILL, CATHERINE G | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-****08-65 - Money Market Account |
| Taxpayer ID #: | 13-7517363 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/08/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/06 | {4} | Catherine Hill / Mark Hill | | 1122-000 | 750.00 | | 750.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.11 | | 750.11 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.51 | | 750.62 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.49 | | 751.11 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.51 | | 751.62 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.51 | | 752.13 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.47 | | 752.60 |
| 10/30/06 | {1} | John Pleta CTA | Balance of sale proceeds used to pay closing expenses | 1110-000 | 55,751.74 | | 56,504.34 |
| 10/30/06 | {1} | John Pleta | | 1110-000 | 14,268.26 | | 70,772.60 |
| 10/30/06 | | County clerk | real estate taxes | 2500-000 | | 416.22 | 70,356.38 |
| 10/30/06 | | Recorder | Title/recording fees | 2500-000 | | 893.00 | 69,463.38 |
| 10/30/06 | | John Pleta, P.C. | Special Counsel fees | 3210-600 | | 600.00 | 68,863.38 |
| 10/30/06 | | Trynor Trust Account | Payoff Judgment lien | 4220-000 | | 12,038.29 | 56,825.09 |
| 10/30/06 | | Chicago Title | Revenue Stamps | 2500-000 | | 135.75 | 56,689.34 |
| 10/30/06 | | Chicago Title | Title search and recording fees | 2500-000 | | 185.00 | 56,504.34 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.52 | | 56,504.86 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 37.14 | | 56,542.00 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 35.92 | | 56,577.92 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 37.72 | | 56,615.64 |
| 02/25/07 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #05-03646 | 2300-000 | | 40.37 | 56,575.27 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 28.21 | | 56,603.48 |

| | | | | Subtotals : | $70,912.11 | $14,308.63 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-03646 BB | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|
| Case Name: | HILL, CATHERINE G | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****08-65 - Money Market Account |
| Taxpayer ID #: | 13-7517363 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/08/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 30.23 | | 56,633.71 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 31.25 | | 56,664.96 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 31.26 | | 56,696.22 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.26 | | 56,725.48 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 32.31 | | 56,757.79 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 31.31 | | 56,789.10 |
| 09/08/07 | 1002 | Illinois Department of Revenue | | 2820-000 | | 213.00 | 56,576.10 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 28.21 | | 56,604.31 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 33.24 | | 56,637.55 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 29.46 | | 56,667.01 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 28.86 | | 56,695.87 |
| 01/20/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 15.13 | | 56,711.00 |
| 01/20/08 | | To Account #*********0866 | to close - final hearing is 1/25/08 | 9999-000 | | 56,711.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | 71,232.63 | 71,232.63 | **$0.00** |
| | | Less: Bank Transfers | | 0.00 | 56,711.00 | |
| | | **Subtotal** | | 71,232.63 | 14,521.63 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$71,232.63** | **$14,521.63** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 05-03646 BB | **Trustee:** | DEBORAH K. EBNER (330480) |
| **Case Name:** | HILL, CATHERINE G | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****08-66 - Checking Account |
| **Taxpayer ID #:** | 13-7517363 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 07/08/08 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/20/08 | | From Account #*********0865 | to close - final hearing is 1/25/08 | 9999-000 | 56,711.00 | | 56,711.00 |
| 01/31/08 | 101 | Deborah K. Ebner | | 2100-000 | | 5,208.28 | 51,502.72 |
| 01/31/08 | 102 | DEBORAH K. EBNER | | 2200-000 | | 474.12 | 51,028.60 |
| 01/31/08 | 103 | Popowcer Katten, Ltd | | 3410-000 | | 1,160.00 | 49,868.60 |
| 01/31/08 | 104 | Law Office of Deborah K. Ebner | | 3110-000 | | 16,258.50 | 33,610.10 |
| 01/31/08 | 105 | US Bank | Final Distribution - 100% | 7100-000 | | 5,315.18 | 28,294.92 |
| 01/31/08 | 106 | US Bank | Interest on claim | 7990-000 | | 456.62 | 27,838.30 |
| 01/31/08 | 107 | HILL, CATHERINE G | | 8200-002 | | 27,838.30 | 0.00 |

| | | | | **ACCOUNT TOTALS** | **56,711.00** | **56,711.00** | **0.00** |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 56,711.00 | 0.00 | |
| | | | | **Subtotal** | **0.00** | **56,711.00** | |
| | | | | Less: Payments to Debtors | | 27,838.30 | |
| | | | | **NET Receipts / Disbursements** | **$0.00** | **$28,872.70** | |

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-03646 BB
**Case Name:** HILL, CATHERINE G
**Taxpayer ID #:** 13-7517363
**Period Ending:** 07/08/08

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*08-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | $71,232.63 | $43,394.33 | $0.00 |
| | | MMA # \*\*\*-\*\*\*\*\*08-65 | | 71,232.63 | 14,521.63 | 0.00 |
| | | Checking # \*\*\*-\*\*\*\*\*\*08-66 | | 0.00 | 28,872.70 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | &#124; | CHAPTER 7 CASE (Joliet) |
| | &#124; | |
| CATHERINE G. HILL, | &#124; | CASE NO. 05-03646 BWB |
| | &#124; | |
| | &#124; | HON. BRUCE W. BLACK |
| Debtor | &#124; | |

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his/her Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objections having been field to the Final Account:

IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. §350.

_____        _____
DATE                                              UNITED STATES BANKRUPTCY JUDGE