UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Catherine Hill, | ) | Case Number 05 B 3646 |
| | ) | |
| Debtor. | ) | Honorable Bruce W. Black |

**NOTICE OF FILING OF U.S. TRUSTEE'S MEMORANDUM
OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

To:   Deborah Ebner, Esq.
      11 East Adams Street
      Suite 800
      Chicago, Il 60603
      DKEbner@aol.com

   Please take notice that on July 15, 2008, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee of Review of the Trustee's Final Account. A copy of which is herewith served upon you.

   The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 14, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                        WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE

Dated:  July 15, 2008              BY   /s/ Dean Harvalis
                                        Assistant United States Trustee
                                        Attorney Id.#03126564
                                        Office of the U.S. Trustee
                                        227 West Monroe Street, Suite 3350
                                        Chicago, Illinois 60606
                                        (312) 886-5785

**CERTIFICATE OF SERVICE**

   I, Dean Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on July 15, 2008.

                                        /s  Dean Harvalis